IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:06CV00203

GILMER RANDALL BRADY,         )
                              )
           Plaintiff,         )
                              )
     v.                       )         ORDER
                              )
CITY OF GREENSBORO,           )
                              )
           Defendant.         )

For good cause shown, IT IS ORDERED that Defendant's motion to extend the stay of this action (Pleading No. 27) is **GRANTED**, and that discovery is stayed to and including January 15, 2007, at which time the parties will submit a new Rule 26(f) report.

This the _____ day of October, 2006.

                              /s/ P. Trevor Sharp
                         United States Magistrate Judge

Date: October 13, 2006